# Exhibit "B"



## BUNKER CONFIRMATION
No. AE156878

To : ALLIED SEA SHIP CHARTER L.L.C  
**Att** : **A. ALi**

Date: 14-06-2019

With reference to our correspondence, we hereby confirm your order as follows:

Vessel : BF CALOOSA (call sign: V2HB7 / imo: 9347645)  
Port : Antwerp (berth)  
Delivery Date : 20-06-2019 - 21-06-2019

For Account : m/v BF CALOOSA master and/or owners and/or charterers and/or managers and/or operators and/or ALLIED SEA SHIP CHARTER L.L.C

| Details | **Product** | **Quantity** | | **Price/Unit** |
|---|---|---|---|---|
| | IFO-380cSt RMG380 3,5% | 270 - 300 Mts | USD | 355,00 / Mts |
| | MGO DMA; 0,1% | 30 - 40 Mts | USD | 540,00 / Mts |

Payment : 30 days from delivery date

"With reference to article 33, section 2 of the UAE Cabinet Decision No. (52) of 2017 on the Executive Regulations of the Federal Decree-Law No. (8) on Value Added Tax, by accepting delivery of the products ordered, the Vessel acknowledges and declares that the products are to be used for the ship's own consumption and solely for use in foreign trade."

Monjasa Group Terms & Conditions 2016 to apply. Copy available on our website: www.monjasa.com.

**We thank you for your support**

Best regards,

**Monjasa DMCC**  
Zeenal Remedios

Direct Email : zre@monjasa.com  
Direct Phone : +971 4 420 8609  
Mobile Phone : +971 56 494 8226  
ICE IM : zeenal_monjasa

---

Monjasa DMCC  
Jumeirah Lakes Towers, Silver Tower, 35th Floor  
Dubai, UAE  VAT No. 100204424400003

Phone : +971 4 420 8600  
Fax : +971 4 432 8637  
Email : dubai@monjasa.com